IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRUMAN JERMAINE LOCKE                                                PLAINTIFF

v.                          Case No. 2:15-CV-02062

SHANE DAVIS, Jail Administrator, Scott
County Detention Center; and KIM OWENS,
Sergeant, Scott County Detention Center                              DEFENDANTS

## ORDER

Currently before the Court are the findings and recommendations (Doc. 32) of the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. No objections have been filed. After careful review, the Court finds that the Magistrate's report contains no clear error and that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects..

Accordingly, IT IS ORDERED that Defendants' motion for summary judgment (Docs. 26) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 23rd day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

-1-