IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


TRUMAN JERMAINE LOCKE                                                            PLAINTIFF

v.                                       Case No. 2:15-CV-2062

SHANE DAVIS, Jail Administrator,
Scott County Detention Center; and
KIM OWENS, Sergeant, Scott County
Detention Center                                                                 DEFENDANTS


**JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE. ,

IT IS SO ADJUDGED this 23rd day of September, 2016.


/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE